IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE K. BROOKS,<br><br>    Plaintiff<br><br>VS.<br><br>JO ANNE B. BARNHART,<br>S.S. Commissioner,<br><br>    Defendant<br>_____ | :<br>:<br>:<br>:<br>:<br>:   NO. 5:05-CV-163 (CWH)<br>:<br>:<br>:<br>:   SOCIAL SECURITY APPEAL<br>: |

# O R D E R

    Before the court is the plaintiff's MOTION FOR CLARIFICATION. Tab #17   In his motion, plaintiff seeks clarification of footnote 4 of the order reversing and remanding the Administrative Law Judge's decision and awarding him social security benefits.  The footnote states "[T]he court notes that the period of disability under consideration commences on February 7, 1969 and runs until September 30, 1974."   Plaintiff argues that this footnote could cause confusion with the payment center because it could be looked at as awarding only a closed period of disability or it could discuss the fact that disability must be proved during the relevant period.

    Upon review of the order, the undersigned agrees that footnote 4 could be interpreted both ways.  However, said footnote should be read as merely stating the period under consideration.  The court notes that in the briefs there were arguments about plaintiff's date last insured.  The undersigned was merely stating the correct dates of plaintiff's insured status and that he continued to be disabled after his date last insured.

    SO ORDERED, this 7th day of DECEMBER, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE